UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEO LEWIS | CIVIL ACTION |
| VERSUS | NO. 20-2032 |
| THE PARISH OF JEFFERSON, *ET AL.* | SECTION M (2) |

### ORDER

Considering the motion to withdraw as counsel for plaintiff filed by Ian Dunbar and Christopher H. Szeto (R. Doc. 52),

IT IS ORDERED that the motion is GRANTED.

New Orleans, Louisiana, this 31st day of January, 2022

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE