UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEO LEWIS | CIVIL ACTION |
| VERSUS | NO. 20-2032 |
| THE PARISH OF JEFFERSON, *et al.* | SECTION M (2) |

## ORDER

Considering the motion of defendants Sheriff Joseph P. Lopinto, III, Julio Alvarado, Nicholas Broussard, Donald Clogher, Braedon Cohen, Wayne Rumore, and Kurt Zeagler for a status conference,

IT IS ORDERED that an in-person status conference will be held on **Thursday, July 27, 2023, at 1:30 p.m.,** in the courtroom of the undersigned.

New Orleans, Louisiana, this 13th day of July, 2023.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE