UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEO LEWIS | CIVIL ACTION |
| VERSUS | NO. 20-20232 |
| JEFFERSON PARISH, et al. | SECTION M (2) |

## JUDGMENT

In accordance with this Court's Pretrial Conference Minute Entry (R. Doc. 76).

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendant DISMISSING the claims of plaintiff Leo Lewis, with prejudice.

New Orleans, Louisiana, this 13th day of September, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE